UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LINDA SUE WHITFIELD, | ) | CASE NO. 09-10199-R |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MULLIN PLUMBING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. NO. _____ |
| | ) | |
| LINDA SUE WHITFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

# COMPLAINT OBJECTING
# TO DISCHARGE OF DEBTOR

Plaintiff Mullin Plumbing, Inc. ("Mullin") alleges and states the following for its Complaint Objecting to Discharge of Debtor, Defendant Linda Sue Whitfield ("Whitfield"):

## JURISDICTION

1.1 This Court has jurisdiction of this core proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(I) and (J), and Miscellaneous Order No. 128 of the U.S. District Court for the Northern District of Oklahoma: Order of Referral of Bankruptcy Cases effective July 10, 1984, as amended.

## FACTUAL BACKGROUND

2.1 Whitfield commenced her bankruptcy case on January 30, 2009.

2.2 Whitfield filed certain schedules which she declared were true and correct under penalty of perjury.

2.3 Mullin was listed as an unsecured creditor on Whitfield's Schedule F.

2.4 At the time Mullin declared that her schedules were true and correct under penalty of perjury, she knew that Mullin was a secured creditor by virtue of a Mechanic's or Materialman's Lien Statement filed in the office of the Tulsa County Clerk on November 13, 2009.

2.5 Whitfield seeks to have her debt to Mullin discharged as an unsecured debt when in fact she knows that it is a secured debt.

### FIRST CAUSE OF ACTION

3.1 Mullin's first cause of action arises under 11 U.S.C. § 727(a)(4)(A). Mullin incorporates the foregoing factual allegations into its First Cause of Action.

3.2 Whitfield knowingly and fraudulently, in or in connection with her bankruptcy case, made a false oath or account.

**WHEREFORE**, Mullin requests that the Court enter a judgment in favor of it and against Whitfield denying her a discharge under Section 727 of the U.S. Bankruptcy Code, and granting such other relief, at law and in equity, as the Court deems just.

/s/ D.E. Dismukes
D.E. Dismukes, OBA #11813
P.O. Box 1114
Tulsa, OK 74101
583-9080
FAX 583-5902

***ATTORNEY FOR PLAINTIFF***
***MULLIN PLUMBING, INC.***